ORIGINAL

FILED

2013 JAN 30 P 2: 59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David C. Parisi, Esq. (162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299

Joseph H. Malley (not admitted)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100

Alan Himmelfarb (90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd., # 304
Sierra Madre, CA 91024
Telephone: (626) 325-3104
consumerlaw1@earthlink.net

*Attorneys for Plaintiffs*

BY FAX

LB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO ESPITIA, VANESSA ZENDEJAS, and JOE A. SANCHEZ FRAIRE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br><br>HIPSTER, INC., a Delaware Corporation;<br><br>Defendant. | CASE No. C 13 0432<br><br>CERTIFICATE OF INTERESTED PARTIES |

Certificate of Interested Parties

1

1 | The undersigned, counsel of record for plaintiffs Francisco Espitia, Vanessa Zendejas,
2 | and Joe A. Sanchez Fraire, certifies that the following list of party (parties) may have a pecuniary
3 | interest in the outcome of this case. These representations are made to enable the Court to
4 | evaluate possible disqualification or recusal.

5 | None.

7 | Dated: January 30, 2013

Respectfully submitted,

By: _____
DAVID C. PARISI
One of the Attorneys for Plaintiffs, individually and on behalf of Class of similarly situated individuals

David C. Parisi, Esq. (162248)
dparisi@parisihavens.com
Suzanne Havens Beckman, Esq. (188814)
shavens@parisihavens.com
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299

Alan Himmelfarb (90480)
The Law Offices of Alan Himmelfarb
80 W. Sierra Madre Blvd., # 304
Sierra Madre, CA 91024
Telephone: (626) 325-3104
consumerlaw1@earthlink.net

Joseph H. Malley (not admitted)
malleylaw@gmail.com
Law Office of Joseph H. Malley
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100