David C. Parisi, Esq. (162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299

Joseph H. Malley (not admitted)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Blvd
Dallas, TX 75208
Telephone: (214) 943-6100

Alan Himmelfarb (90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd., # 304
Sierra Madre, CA 91024
Telephone: (626) 325-3104
consumerlaw1@earthlink.net

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANCISCO ESPITIA, VANESSA ZENDEJAS, and JOE A. SANCHEZ FRAIRE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br><br>HIPSTER, INC., a Delaware Corporation;<br><br>Defendant. | CASE No. 3:13-cv-00432-LB<br><br>**PLAINTIFFS' STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE** : ORDER<br><br>**Date:  August 15, 2013**<br>**Time: 11:00**<br>**Courtroom C, 15th Floor** |

Francisco Espitia ("Espitia"), Vanessa Zendejas ("Zendejas"), and Joe A Sanchez ("Sanchez"), collectively ("Plaintiffs") hereby respectfully submit this Status Report and Request to Continue Status Conference in advance of the currently scheduled conference and in light of the Administrative Motion to relate this matter pending in *Opperman v. Path, Inc. et al.*, Case No. 13-cv-00453-JST ("*Opperman*").  On March 29, 2013, Plaintiffs filed the Executed Return of Service upon Defendant Hipster, Inc.  Dkt. No. 6.  However, to date, Defendant Hipster has not contacted Plaintiffs nor otherwise made an appearance in this matter.  Accordingly, this statement is filed unilaterally.

On July 8, 2013, Plaintiffs filed with this Court a Notice of Related Case advising the Court of similar matters currently pending in this district.  Dkt. 12.  In response, the Court advised Plaintiffs to file an Administrative Motion pursuant to Local Rule 3-12 should they choose to do so and continued the July Case Management Conference.  Dkt. 13.  On August 9, 2013, Plaintiffs filed an Administrative Motion for a determination of whether this matter should be related to *Opperman* and its previously related actions, *Gutierrez v. Instagram, Inc.,* Case No. 12-cv-06550-JST ("*Gutierrez*"), *Hernandez v. Path, Inc.,* No. 12-cv-01515-JST ("*Hernandez*"); and *Pirozzi v. Apple, Inc.,* No. 12-cv-01529-JST ("*Pirozzi*"), collectively ("the Related Actions") under Local Rule 3-12.  See Dkt. No. 356 in *Opperman*, Case No. 13-cv-00453-JST.   The *Opperman* Court has not yet ruled.  Given that the Administrative Motion is still pending, Plaintiffs respectfully request that the Case Management conference currently scheduled for August 15, 2013 be continued for 30 (thirty) days to afford the *Opperman* Court ample time to issue a determination on the Motion.

Dated: August 12, 2013

Case Management Conference reset to September 19, 2013 at 11:00 a.m.  A Joint Case Management Conference Statement due September 12, 2013.

Date: August 13, 2013

By:   s/Suzanne Havens Beckman
      SUZANNE HAVENS BECKMAN
      Attorneys for Plaintiffs, individually and on behalf
      of Class of similarly situated individuals

APPROVED
Judge Laurel Beeler

Status Report and Request to Continue Status Conference

2

1  David C. Parisi, Esq. (162248)
   dparisi@parisihavens.com
2  Suzanne Havens Beckman, Esq. (188814)
   shavens@parisihavens.com
3  Parisi & Havens LLP
   15233 Valleyheart Drive
4  Sherman Oaks, CA 91403
5  Telephone: (818) 990-1299

6  Alan Himmelfarb (90480)
   The Law Offices of Alan Himmelfarb
7  80 W. Sierra Madre Blvd., # 304
   Sierra Madre, CA 91024
8  Telephone: (626) 325-3104
9  consumerlaw1@earthlink.net

10 Joseph H. Malley (not admitted)
   malleylaw@gmail.com
11 Law Office of Joseph H. Malley
   1045 North Zang Blvd
12 Dallas, TX 75208
13 Telephone: (214) 943-6100

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Status Report and Request to Continue Status Conference

3