1  Joseph H. Malley (not admitted)
2  malleylaw@gmail.com
   LAW OFFICE OF JOSEPH H. MALLEY
3  1045 North Zang Blvd
   Dallas, TX 75208
4  Telephone: (214) 943-6100

5  Alan Himmelfarb (90480)
   THE LAW OFFICES OF ALAN HIMMELFARB
6  80 W. Sierra Madre Blvd., # 304
7  Sierra Madre, CA 91024
   Telephone: (626) 325-3104
8  consumerlaw1@earthlink.net

9
   *Attorneys for Plaintiffs*
10
   **IN THE UNITED STATES DISTRICT COURT**
11
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
   **SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| FRANCISCO ESPITIA, VANESSA ZENDEJAS, and JOE A. SANCHEZ FRAIRE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br><br>HIPSTER, INC., a Delaware Corporation;<br><br>Defendant. | CASE No. 3:13-cv-00432-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**[RULE 41(a)]** |

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs FRANCISCO ESPITIA, VANESSA ZENDEJAS, and JOE A. SANCHEZ FRAIRE ("Plaintiffs") hereby dismiss their claims against Defendant without prejudice.  The opposing party in this action has not served an answer, no motion for summary judgment been filed, and no class has been certified.

Dated: January 17, 2014			Respectfully submitted,


						By:    s/Alan Himmelfarb

						THE LAW OFFICES OF ALAN HIMMELFARB
						80 W. Sierra Madre Blvd., # 304
						Sierra Madre, CA 91024
						Telephone: (626) 325-3104
						consumerlaw1@earthlink.net

						*Attorneys for Plaintiffs*